O AO 94  (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| **V.** | **DISTRICT** |
| JULIAN ROBINSON | Case No. 2:26-mj-00101-AC |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| E. District of CA | JKB-26-216 | 2:26-mj-00101-AC | District of Maryland |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

     X  Indictment _____ Information _____ Complaint _____ Other (specify)

**charging a violation of**          21     **U.S.C.'**    846

**DISTRICT OF OFFENSE**   District of Maryland

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine

**CURRENT BOND STATUS:**

     Clic Bail fixed at $_____          and conditions were not met
     Clic Government moved for detention and defendant detained after hearing in District of Arrest
       X   Government moved for detention and defendant detained pending detention hearing in District of Offense
     Clic Other (specify)

**Representation**     ‒ Retained Own Counsel   ‒ Federal Defender Organization   ‒ CJA Attorney   ‒ None
                  Clic                    Clic                           Clic                Clic

**Interpreter Required?**          X No _____ Yes     Language:_____

**DISTRICT OF**   CALIFORNIA

TO: THE UNITED STATES MARSHAL

     You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 07/14/2026 | allison Clare |
|---|---|
| Date | United States Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |