**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**July 15, 2026**

District of Maryland
101 West Lombard Street
Baltimore, MD 21201

**RE:**        **USA  vs.  JULIAN ROBINSON**
**USDC No.:**    **2:26–MJ–00101–AC**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated July 14, 2026 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 3**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

 /s/  **V. Licea Chavez**

Deputy Clerk

DATE RECEIVED:

RECEIVED BY:

*(Print Name)*

NEW CASE NUMBER: